AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

SEAN T. DEVLIN,

     Petitioner,            JUDGMENT IN A CIVIL CASE

V.

                       CASE NUMBER:  **3:11-CV-00295-ECR-RAM**

UNITED STATES OF AMERICA,

     Respondent.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Government's Motion to Dismiss (#3) is **GRANTED.**
    **IT IS FURTHER ORDERED** that Petitioner's Petition to Quash IRS Summons (#1) is **DISMISSED.**

  August 29, 2011                                                 **LANCE S. WILSON**
                                                                                  Clerk

                                                                               /s/ D.R. Morgan
                                                                              Deputy Clerk